DurieTangri

Mark A. Lemley
415-376-6404 (direct)
415-362-6666 (main)
mlemley@durietangri.com

December 19, 2016

**VIA ECF**

Peter R. Marksteiner
Circuit Executive and Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W., Room 401
Washington, D.C. 20439

Re: *Fo2go LLC v. Pinterest, Inc.*
Fed. Cir. No.: 16-1903

Dear Mr. Marksteiner,

I write to call to the Court's attention a recent decision bearing on this appeal, which will be heard January 10. In *Alfred E. Mann Foundation v. Cochlear Corp.*, No. 15-1580 (Fed. Cir. Nov. 17, 2016), this Court upheld the invalidation for indefiniteness of means-plus-function claims despite the disclosure of much more detailed information than the patentee provided here. The patent there implemented a "logarithmic conversion algorithm to generate data indicative of an audio signal." The court held the claim indefinite despite the disclosure of the steps of that conversion process because the patent "does not disclose where the logarithmic conversion function takes place and because the logarithmic conversion function could be implemented through multiple logarithmic algorithms, none of which the specification describes." Slip op. at 13-14. In that case, testimony that there were various ways to implement the logarithmic conversion algorithm meant that the claim was indefinite because it did not specify which of many possible ways of implementing the function were claimed by the patent. Slip op. at 14-15. The same is necessarily true here, where the patent offers no guidance at all as to how to implement parsing and Fo2Go's expert admitted there were multiple possible ways to implement it in different computer languages. By contrast, where there was only one standard way of doing something (calculating Ohm's law), disclosing that way was sufficient to render claims definite.

Respectfully Submitted,

Mark A. Lemley

cc: See attached Certificate of Service

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

*Fo2go LLC v. Pinterest, Inc. Fed. Cir. No.: 16-1903*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Mark A. Lemley*
MARK A. LEMLEY